```
 1  FRANK A. WEISER (#89780)
    Attorney at Law
 2  3460 Wilshire Blvd., Ste. 1212
    Los Angeles, California 90010
 3  (213) 384-6964  - (voice)
    (213) 383-7368  - (fax)
 4  maimons@aol.com - (e-mail)

 5  Attorney for Plaintiffs
    BINAL S. PATEL and SHAILESH
 6  PATEL

 7
                    UNITED STATES DISTRICT COURT
 8
                   CENTRAL DISTRICT OF CALIFORNIA
 9

10

11  BINAL S. PATEL; SHAILESH PATEL,   )   No.CV11-00826 AG(RNBx)
                                      )
12                                    )   EX-PARTE APPLICATION
                                      )   TO CONTINUE STATUS
13                                    )   CONFERENMCE DATE;
                                      )   DECLARATION OF FRANK
14                                    )   A. WEISER IN SUPPORT
                                      )   THEREOF
15                                    )
                                      )
16                                    )
                                      )
17            Plaintiff,              )
                                      )
18                                    )
                                      )
19  vs.                               )
                                      )
20  WELLS FARGO BANK, a California    )   DATE: July 11, 2011
    Corporation; WELLS FARGO          )   TIME: 9:00 a.m.
21  HOME MORTGAGE, INC.,a California  )   CTRM: 10-D
    Corporation, FIRST AMERICAN       )
22  TRUSTEE SERVICING SOLUTIONS,      )
    LLC, a California Limited         )
23  Liability Company, FIRST          )
    AMERICAN TITLE COMPANY, a         )
24  California Corporation and DOES   )
    1 to 10, inclusive,               )
25                                    )
                                      )
26                                    )
              Defendants.              )
27  _____)

28
```

## DECLARATION OF FRANK A. WEISER

I, FRANK A. WEISER, declare as follows:

1. I am the attorney for the Plaintiffs BINAL S. PATEL and SHAILESH PATEL ("Plaintiffs") and I make this declaration in support of the instant ex-parte application to continue the early scheduling conference because of a prior court scheduling conflict.

2. The complaint was filed on June 1, 2011. (Docket No. 1).

3. Defendants WELLS FARGO, INC. and WELLS FARGO HOME MORTGAGE, INC. ("Defendants") have appeared and filed a motion to dismiss the case that is set for hearing on August 8, 2011 at 10:00 a.m. (Docket Nos. 4-5).

4. The Court has set an early status conference in the matter for Monday, July 11, 2011 at 9:00 a.m. (Docket No. 3).

5. I have a prior scheduling conference that I must attend in Los Angeles the same morning as the Court's scheduled status conference in the United States District Court for the Central District of California located at 255 E.Temple Street, Los Angeles, CA 90012 before the Honorable Judge Dale Fischer in a federal civil rights case that I am prosecuting entitled <u>Sumit Ghosh, et al. v Uniti Bank, et al.</u>; USDC Case No. CV10-07412 DSF(AGRx).

6. The scheduling conference before Judge Fischer is set for 11:00 a.m. and was set on March 21, 2011. (Docket No. 30).

7. The following two weeks, I have hearings set in a federal civil rights case that I am prosecuting before the Honorable Judge S. James Otero that is entitled <u>Catalina Sanchez v City of Los Angeles, et al.</u>; USDC Case No. CV09-08920 SJO (RNBx).

8. The pre-trial conference before Judge Otero is set for Monday, July 18, 2011 at 9:00 a.m. and trial is to commence on Tuesday, July 26, 2011 at 9:00 a.m. (Docket No. 60).

9. The trial before Judge Otero is estimated to take approximately 5-7 days.

10. I am a sole practitioner and I will be prosecuting this case.

11. I believe that with traffic coming back to Los Angeles on the morning of the presently scheduled status conference that I will be late for Judge Fischer's scheduling conference that morning at 11:00 a.m.

11. Therefore, I respectfully request that the presently scheduled status conference be continued to to the date on defendants' motion to dismiss set for 9:00 a.m. on August 8, 2011.

12. The opposing counsel for the defendants' is Steven M. Dailey, Esq. of Kutak Rock LLP at 18201 Von Karman Avenue, Suite 1100, Irvine, CA 92612, (949) 417-0999 (voice), (949) 417-5394 (fax) and steven.dailey@kutakrock.com (e-mail).

13. On July 5, 2011, at appeoximatey 8:40 p.m., I e-mailed Mr. Dailey my intent to proceed with the ex-parte application because of my scheduling conflict.

14. As of this date, I have not heard back from him as to whether he opposes the application.

15. I would also respectfully request that the Court take judicial notice of the recent United States Court of Appeals case entitled <u>Ahanchian v. Xenon Pictures, Inc.</u>, 2010 DJDAR 16833 (9th Cir. 2010), with respect to the liberal standard in the Ninth Circuit for extensions of time under <u>Federal Rule of Civil Procedure</u> 6(b)(1).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 5th day of July 2011 at Los Angeles, California.

*[signature]*
FRANK A. WEISER