```
1   FRANK A. WEISER (#89780)
    Attorney at Law
2   3460 Wilshire Blvd., Ste. 1212
    Los Angeles, California 90010
3   (213) 384-6964  - (voice)
    (213) 383-7368  - (fax)
4   maimons@aol.com - (e-mail)
5
    Attorney for Plaintiffs
6   BINAL S. PATEL and SHAILESH
    PATEL
7
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BINAL S. PATEL; SHAILESH PATEL, ) | No. CV11-00826 AG(RNBx) |
| ) | |
| ) | ORDER |
| ) | [Proposed] |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| WELLS FARGO BANK, a California ) | DATE: July 11, 2011 |
| Corporation; WELLS FARGO ) | TIME: 9:00 a.m. |
| HOME MORTGAGE, INC., a California ) | CTRM: 10-D |
| Corporation, FIRST AMERICAN ) | |
| TRUSTEE SERVICING SOLUTIONS, ) | |
| LLC, a California Limited ) | |
| Liability Company, FIRST ) | |
| AMERICAN TITLE COMPANY, a ) | |
| California Corporation and DOES ) | |
| 1 to 10, inclusive, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

///

## ORDER

[Proposed]

IT IS ORDERED that the scheduling conference presently set for hearing on July 11, 2011 at 9:00 a.m. is continued to _____ 2011 at 9:00 a.m. in Courtroom 10-D of the abovec referenced court.

DATE: _____

_____
THE HONORABLE ANDREW J. GUILFORD, UNITED STATES COURT DISTRICT COURT JUDGE